IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHUN HUA ZHENG,

                Plaintiff,

v.

FIA CARD SERVICES, N.A.,

                Defendant.

ORDER FOR
IN CAMERA SUBMISSION

11-cv-104-bbc

---

For reasons stated during the April 25, 2012 telephonic motion hearing and with full awareness of the provisions of 31 U.S.C. § 5318(g)(2) and 31 CFR B Chapter 1, Part 103.18(e), IT IS ORDERED that defendant FIA Card Services, N.A. shall submit to the court *ex parte* for *in camera* review any 87P report (Suspicious Activity Report) related to the facts underlying this lawsuit. Defendant shall submit this report forthwith upon discovering it; if defendant determines in good faith after a thorough search that no 87P report was prepared, then defendant forthwith shall report this determination to the court.

Entered this 25th day of April, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge